IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| IN THE MATTER OF various searches and seizures | ) ) ) ) ) ) ) ) ) ) ) ) | MISC. NO. 09-00099 JMS/KSC<br>MISC. NO. 09-00100 JMS/KSC<br>MISC. NO. 09-00101 JMS/BMK<br>MISC. NO. 09-00102 JMS/LEK<br>MISC. NO. 09-00114 JMS/LEK<br>MISC. NO. 09-00120 JMS/LEK<br><br>ORDER STRIKING THE PAPERS<br>FILED OCTOBER 2, 2009 |
|---|---|---|

## ORDER STRIKING THE PAPERS FILED OCTOBER 2, 2009

The actions listed above address objections filed by various individuals disputing the validity of certain search warrants executed on April 7 and 8, 2009 pursuant to which the Federal Bureau of Investigations obtained evidence, funds, and vehicles in connection with a criminal investigation regarding the marketing of a program which allegedly provides mortgage loan assistance to individuals experiencing financial difficulties.

Magistrate Judge Kobayashi recommended that the court dismiss the Petitions ("June 2009 F&Rs"), and the court adopted the June 2009 F&Rs on August 26, 2009 ("August 26 Order") after considering Petitioners' Objections. Since the August 26 Order, Petitioners John Oliver ("J. Oliver"), Mahealani Ventura-Oliver ("M. Oliver"), and Pilialoha Teves ("Teves") have repeatedly filed

documents with the court.  The court has already entered an: (1) Order Denying Petitioner's Motions for Reconsideration (September 17, 2009), and an Order Denying "Memorandums" Seeking Relief and Striking "Interrogatories" (September 30, 2009).  *All* of the court's orders explain that Petitioners' arguments wholly lack merit.  Despite these rebuffs, Petitioners continue to file documents.

Specifically, on October 2, 2009, the court received: (1) various "Objections" to the court's September 17 Order filed separately by the Olivers, Teves, "Ka paepae loa o Hawaiiloa, a private foundation," and "Ka hale kakau hoike ana, a private foundation," (2) a Motion for Determination of Foreign Law, filed by Teves, and (3) "Joint Declarations by Private Directors of Ka Paepae Loa O Hawaiiloa and Private Registrants of Ka Hale Kakau Hoike Ana, and Motion for Determination of Foreign Law," filed by "Ka paepae loa o Hawaiiloa, a private foundation."  Like Petitioners' other filings, these documents wholly lack merit.  Specifically, Petitioners raise no arguments that would change the court's August 26 Order.  The court has already explained in its three orders -- the August 16 Order, the September 17 Order, and the September 30 Order -- that Petitioners' substantive arguments are irrelevant and/or ridiculous.  Further, these matters, having been fully adjudicated, are now closed.

Given the history of this action and the court's multiple efforts to

address Petitioners' arguments, the court can only conclude that the October 2 documents are frivolous.  The court therefore STRIKES the documents filed by Petitioners on October 2, 2009.  No further documents received from Petitioners other than a notice of appeal may be filed in any of the actions listed above or their related magistrate actions -- *i.e.*, 09-mj-00243 LEK, 09-mj-00244 LEK, 09-mj-00245 LEK, 09-mj-00246 LEK, 09-mj-00247 LEK, 09-mj-00248 LEK, 09-mj-00249 LEK, 09-mj-00250 LEK,  09-mj-00251 LEK, 09-mj-00253 LEK, and 09-mj-00255 LEK -- without prior authorization of the court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 6, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*In the Matter of Various Searches and Seizures*, Misc No. 09-00099 JMS/KSC, Misc. No. 09-00100 JMS/KSC, Misc. No. 09-00101 JMS/BMK, Misc. No. 09-00102 JMS/LEK, Misc. No. 09-00114 JMS/LEK, Misc. No. 09-00120 JMS/LEK, Order Striking the Papers Filed October 2, 2009